# EXHIBIT A



**EOS CCA**
PO BOX 981002
BOSTON, MA 02298-1002

**ACCOUNT INFORMATION**

| | |
|---|---|
| STATEMENT DATE | 08/24/16 |
| ACCOUNT # | ▮3406 |
| CLIENT NAME | T-MOBILE USA |

**TOTAL AMOUNT DUE** ➤ **$1331.21**

# NOTICE OF COLLECTION PLACEMENT

T-MOBILE USA has placed your account with us for collection for total amount shown above. We urge you to remit payment to our office, unless you dispute this debt.

Paying your total amount due can prevent further collection activity and possible credit reporting from occurring on this account subject to your validation rights set forth on the reverse side of this letter.

T-MOBILE USA values you as a subscriber and hopes to get you back to enjoying the many exclusive benefits of their service. If you wish to restore your service, any applicable termination fees on your account will be removed.

If mailing your payment, please detach the coupon below and mail it with your payment to the address on the coupon. Please send all other correspondence to EOS CCA, PO Box 556, Norwell, MA 02061-0556.

Please Call EOS CCA
1-855-666-9201

**\*\*Please see reverse for important notices and account details.\*\***
Office Hours: Mon-Thur 8:00 AM - 9:00 PM EST, Fri 8:00 AM - 5:00 PM EST, Sat 8:00 AM - 12:00 PM EST

- - - - - - - - - - - - - - - - - - - - - - - - - - - - Detach remittance slip and enclose with payment - - - - - - - - - - - - - - - 128018-70-1381

1 of 1

PO BOX 981002
BOSTON, MA 02298-1002

| EOS CCA Account # | Client Account # |
|---|---|
| ▮406 | ▮9874 |
| **CLIENT NAME** | |
| T-MOBILE USA | |
| **TOTAL AMOUNT DUE** ➤ | **$1331.21** |

001393

KELLEY J RIVERA
2542 S 34TH ST
MILWAUKEE WI 53215-2812

T-MOBILE USA
PO BOX 742596
CINCINNATI, OH 45274-2596

9874082316000133121753215 2812

## FEDERAL LAW

Unless you dispute the validity of this debt, or any portion thereof, within thirty days after receipt of this notice, we shall assume the debt to be valid. If you notify us in writing of your dispute within this thirty-day period, we will obtain verification of the debt, or a copy of a judgment against you, and a copy of such verification or judgment will be mailed to you. Upon your written request within the thirty-day period, we will provide you with the name and address of the original creditor, if different from the current creditor.

| EOS CCA ACCOUNT # | CLIENT ACCOUNT # | PRINCIPAL | INTEREST | FEES COLL. COSTS | BALANCE |
|---|---|---|---|---|---|
| ████406 | ████9874 | $1,331.21 | $0.00 | $0.00 | $1,331.21 |
| | | | | TOTAL DUE: | $1,331.21 |

For payments and general account inquiries, call 1-855-666-9201 or 1-720-381-3735.
For customer service issues, call our Consumer Relations Department at 1-877-395-5997.